IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BROADSOFT INC.,

    Plaintiff,

v.                                       Civil Action No. 13-711-RGA

CALLWAVE COMMUNICATIONS LLC,

    Defendant.

**ORDER**

This 1st day of June 2015, upon consideration of the Special Master's Report and Recommendation dated April 30, 2015, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Special Master's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 184) is **ADOPTED**.

2. Defendant's Motion to Strike and Request for Additional Discovery Production is **DENIED.**.

*/s/ Richard G. Andrews*
United States District Judge