IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADSOFT INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-711-RGA |
| CALLWAVE COMMUNICATIONS LLC, | : |
| Defendant. | : |

## ORDER

This _3_ day of June 2015, upon consideration of the Special Master's Report and Recommendation dated May 6, 2015, and no objections to the Report and Recommendation having been received, and most of the dates for compliance having passed, IT IS HEREBY ORDERED:

The Report and Recommendation (D.I. 188) is **ADOPTED**.

_____
United States District Judge